STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Howard E. Ashely and Iris M. Ashley<br>        Debtor(s)<br>------------------------------------------------<br>PennyMac Holdings LLC by PennyMac Loan Services, LLC its servicing agent<br>                Creditor/Movant<br>v.<br>Howard E. Ashely and Iris M. Ashley<br>                Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 13-12121<br><br>Judge: FITZSIMON, JEAN K. |

### ORDER APPROVING STIPULATION/CONSENT ORDER

And Now this ____4th____ day of ___August___, 2016, upon consideration of the Stipulation between Debtors and PennyMac Holdings LLC by PennyMac Loan Services, LLC its servicing agent, it is hereby ORDERED and DECREED that the Stipulation is APPROVED ~~and made an Order of the Court.~~

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF