United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-12121-jkf
Howard E. Ashley                                                        Chapter 13
Iris M. Ashley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Aug 05, 2016
                      Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2016.
db/jdb          +Howard E. Ashley,    Iris M. Ashley,    259 Highland Ave,    Wayne, PA 19087-4763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOHN L. MCCLAIN    on behalf of Joint Debtor Iris M. Ashley aaamcclain@aol.com, edpabankcourt@aol.com
      JOHN L. MCCLAIN    on behalf of Debtor Howard E. Ashley aaamcclain@aol.com, edpabankcourt@aol.com
      KARROLLANNE CAYCE    on behalf of Creditor    Citibank N.A., ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
      KELLY LYN EBERLE    on behalf of Creditor    Radnor Township keberle@grimlaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC wmiller@sterneisenberg.com, nmiller@sterneisenberg.com
                                                                                                       TOTAL: 8

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>    Howard E. Ashely and Iris M. Ashley<br>        Debtor(s)<br>-----------------------------------------------<br>PennyMac Holdings LLC by PennyMac Loan Services, LLC its servicing agent<br>                Creditor/Movant<br>v.<br>Howard E. Ashely and Iris M. Ashley<br>                Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 13-12121<br><br>Judge: FITZSIMON, JEAN K. |

### ORDER APPROVING STIPULATION/CONSENT ORDER

And Now this ___4th___ day of ___August___, 2016, upon consideration of the Stipulation between Debtors and PennyMac Holdings LLC by PennyMac Loan Services, LLC its servicing agent, it is hereby ORDERED and DECREED that the Stipulation is APPROVED ~~and made an Order of the Court~~.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF