16-1612

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Howard E. Ashley, aka Howard E. Ashley, Jr.<br>Iris M. Ashley<br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  13-12121 JKF |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of PENNYMAC HOLDINGS, LLC in the above captioned matter.

    POWERS KIRN & ASSOCIATES, LLC

    By:  **/s/  Jill Manuel-Coughlin, Esquire**
    Attorney ID# 63252
    Eight Neshaminy Interplex, Suite 215
    Trevose, PA 19053
    Telephone: 215-942-2090