**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Howard E. Ashley and Iris M. Ashley<br>     <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 13-12121 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3326

                    Respectfully submitted,

                    **/s/Thomas Puleo, Esquire**
                    Thomas Puleo, Esquire
                    Brian C. Nicholas, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 825-6306  FAX (215) 825-6406