# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Howard E. Ashley, aka Howard E. Ashley, Jr.<br>Iris M. Ashley<br>                    Debtors | 13-12121 JKF<br><br>Chapter 13 Proceeding |
| PENNYMAC HOLDINGS, LLC<br>                    Movant<br>v.<br>Howard E. Ashley, aka Howard E. Ashley, Jr.<br>Iris M. Ashley<br> and<br>William C. Miller, Esquire<br>                    Respondents | |

**ORDER**

AND NOW, this 3rd day of May, 2017, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby terminated as to PENNYMAC HOLDINGS, LLC and/or its successors and assigns, with respect to the property located at 259 Highland Avenue, Wayne, PA.

Upon the order being granted and entered, PENNYMAC HOLDINGS, LLC shall have the continuing authority to contact the Debtors directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

BY THE COURT:

_/s/ Jean K. FitzSimon_

United States Bankruptcy
Judge Jean K. FitzSimon

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant

John L McClain, Esquire
Attorney for Debtors

Howard E. Ashley, aka Howard E. Ashley, Jr.
Iris M. Ashley
Debtors

William C. Miller, Esquire
Trustee