United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard E. Ashley  
Iris M. Ashley  
    Debtors

Case No. 13-12121-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: May 03, 2017  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.  
db/jdb    +Howard E. Ashley,    Iris M. Ashley,    259 Highland Ave,    Wayne, PA 19087-4763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:

    ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    JILL MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
    JOHN L. MCCLAIN    on behalf of Joint Debtor Iris M. Ashley aaamcclain@aol.com, edpabankcourt@aol.com  
    JOHN L. MCCLAIN    on behalf of Debtor Howard E. Ashley aaamcclain@aol.com, edpabankcourt@aol.com  
    KARROLLANNE CAYCE    on behalf of Creditor    Citibank N.A., ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com  
    KELLY LYN EBERLE    on behalf of Creditor    Radnor Township keberle@grimlaw.com, ksaborsky@grimlaw.com  
    THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
    WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

    TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Howard E. Ashley, aka Howard E. Ashley, Jr.<br>Iris M. Ashley<br>　　　　　　　　　　　　Debtors | 13-12121 JKF<br><br>Chapter 13 Proceeding |
| PENNYMAC HOLDINGS, LLC<br>　　　　　　　　　　　　Movant<br>v.<br>Howard E. Ashley, aka Howard E. Ashley, Jr.<br>Iris M. Ashley<br>　and<br>William C. Miller, Esquire<br>　　　　　　　　　　　　Respondents | |

**ORDER**

AND NOW, this 3rd day of May, 2017, it is hereby ORDERED AND DECREED that the automatic stay of 11 U.S.C. §362(a) is hereby terminated as to PENNYMAC HOLDINGS, LLC and/or its successors and assigns, with respect to the property located at 259 Highland Avenue, Wayne, PA.

Upon the order being granted and entered, PENNYMAC HOLDINGS, LLC shall have the continuing authority to contact the Debtors directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
Interested Parties:
Jill Manuel-Coughlin　　　　　　　　　　United States Bankruptcy
Attorney for Movant　　　　　　　　　　Judge Jean K. FitzSimon

John L McClain, Esquire
Attorney for Debtors

Howard E. Ashley, aka Howard E. Ashley, Jr.
Iris M. Ashley
Debtors

William C. Miller, Esquire
Trustee