UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
                                                  :
**HOWARD & IRIS ASHLEY**                          :
                                                  :
             Debtor(s)                   :         Bankruptcy No. 13-12121 AMC

ORDER

**AND NOW,** this   29th   day of   March,   2018, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

**ORDERED,** that the wage order previously entered in this case, directing **United Parcel Service** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE

cc:   **Debtor**
**Howard & Iris Ashley**
259 Highland Ave
Wayne, PA 19087

**Debtor's Employer**
UPS
1335 Northmeadow Pky. Ste. 119
Roswell, Ga. 30076

**Debtor's Counsel**
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105