United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-12121-amc
Howard E. Ashley                                                      Chapter 13
Iris M. Ashley
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 30, 2018
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2018.
db/jdb          +Howard E. Ashley,   Iris M. Ashley,   259 Highland Ave,   Wayne, PA 19087-4763
                +UPS,   1335 Northmeadow Pky.,   Ste. 119,   Roswell, GA 30076-4949

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2018 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC jill@pkallc.com,
   chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      JOHN L. MCCLAIN    on behalf of Joint Debtor Iris M. Ashley aaamcclain@aol.com,
   edpabankcourt@aol.com
      JOHN L. MCCLAIN    on behalf of Debtor Howard E. Ashley aaamcclain@aol.com,   edpabankcourt@aol.com
      KARROLLANNE  CAYCE    on behalf of Creditor    Citibank N.A., ecfmail@aldridgepite.com,
   kcayce@ecf.inforuptcy.com
      KELLY LYN EBERLE    on behalf of Creditor    Radnor Township keberle@grimlaw.com,
   ksaborsky@grimlaw.com
      THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
   philaecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
   wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                                TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| | : | |
| **HOWARD & IRIS ASHLEY** | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 13-12121 AMC |

### ORDER

AND NOW, this 29th day of March, 2018, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

ORDERED, that the wage order previously entered in this case, directing **United Parcel Service** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

BY THE COURT

_____
HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE

cc: **Debtor**
**Howard & Iris Ashley**
259 Highland Ave
Wayne, PA 19087

**Debtor's Employer**
UPS
1335 Northmeadow Pky. Ste. 119
Roswell, Ga. 30076

**Debtor's Counsel**
John L. McClain and Associates
P.O. Box 123
Narberth, PA 19072-0123

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105