Certificate Number: 01401-PAE-DE-031156344

Bankruptcy Case Number: 13-12121



01401-PAE-DE-031156344

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2018, at 6:32 o'clock AM EDT, Howard E Ashley completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 9, 2018           By:   /s/Jeremy  Lark

                               Name: Jeremy  Lark

                               Title: FCC Manager