Certificate Number: 01401-PAE-DE-031156333

Bankruptcy Case Number: 13-12121



01401-PAE-DE-031156333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2018, at 4:19 o'clock AM EDT, Iris M Ashley completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 9, 2018                             By:     /s/Jeremy  Lark

                                                 Name:   Jeremy  Lark

                                                 Title:  FCC Manager