United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 13-12121-amc
Howard E. Ashley                                                 Chapter 13
Iris M. Ashley
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1           Date Rcvd: Jun 28, 2018
                            Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
db/jdb         +Howard E. Ashley,    Iris M. Ashley,    259 Highland Ave,    Wayne, PA 19087-4763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JOHN L. MCCLAIN    on behalf of Joint Debtor Iris M. Ashley aaamcclain@aol.com,
               edpabankcourt@aol.com
              JOHN L. MCCLAIN    on behalf of Debtor Howard E. Ashley aaamcclain@aol.com,   edpabankcourt@aol.com
              KARROLLANNE   CAYCE    on behalf of Creditor    Citibank N.A., ecfmail@aldridgepite.com,
               kcayce@ecf.inforuptcy.com
              KELLY LYN EBERLE    on behalf of Creditor    Radnor Township keberle@grimlaw.com,
               ksaborsky@grimlaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

Howard E. Ashley and Iris M. Ashley                       : Case No. 13−12121−amc

      Debtor(s)

***ORDER***
_____

AND NOW, this day , 28th of June 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

      By The Court

      Ashely M. Chan
      Judge , United States Bankruptcy Court